[No. 11710-0-II. Division Two. July 6, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ANDREW E. NEWMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 85-1-00865-1, J. Dean Morgan, J., entered

January 29, 1988. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Shields, J.